# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LESLIE YOUNG

NO. 2021 KW 0736

**OCTOBER 12, 2021**

---

In Re:    Leslie Young, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-87-0665.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion to conduct a nunc pro tunc competency on June 25, 2021.

**MRT**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT